United States District Court
Southern District of Texas
**ENTERED**
September 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BOUKARY DIARRA, individually and on behalf of all others similarly situated, <br><br> v. <br><br> WAVES AMERICAS CORPORATE SYSTEMS, LLC | **Case No. 4:24-cv-01119** <br> FLSA Collective Action <br><br> Judge Charles Eskridge |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court has reviewed the Parties' Joint Stipulation of Dismissal, and this case and all claims asserted in this case are DISMISSED WITH PREJUDICE, each Party to bear its own costs and fees.

September 24, 2024
Date

_____
Hon. Charles Eskridge
United States District Judge